No. 92–6036. FORD v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 7, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 92–466. BROOKE GROUP LTD. v. BROWN & WILLIAMSON TOBACCO CORP. C. A. 4th Cir. Certiorari granted.

No. 92–551. KEMP, SECRETARY OF HOUSING AND URBAN DEVELOPMENT, ET AL. v. ALPINE RIDGE GROUP ET AL. C. A. 9th Cir. Certiorari granted.

No. 92–531. HATCHER v. VALCARCEL. C. A. 3d Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 91–1872. FEIST PUBLICATIONS, INC. v. RURAL TELEPHONE SERVICE CO., INC. C. A. 10th Cir. Certiorari denied.

No. 91–1885. WILSON, GOVERNOR OF CALIFORNIA, ET AL. v. DEL MONTE ET AL. Sup. Ct. Cal. Certiorari denied.

No. 91–8574. HARRIS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 91–8725. BELL v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.